UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GINA POWERS,

      Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION,

      Defendants.

Case No.: 2:18-CV-02237-RCJ-DJA

ORDER OF DISMISSAL

On May 21, 2019, the Court entered Order (ECF No. 3) granting Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 1); filed Plaintiff's Complaint (ECF No. 4) and dismissed the Complaint because it did not contain any factual or jurisdictional allegations.  The Court granted Plaintiff leave to amend the Complaint on or before July 10, 2019.  The Court encouraged the Plaintiff to visit the Social Security Administration's website for information on how to appeal its findings and exhaust the administrative remedies.

Plaintiff has failed to show good cause why this action should not be dismissed for failure to comply with Court Order (ECF No. 3).  Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiffs failure to comply with the Court Order (ECF No. 3).

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED DATED this 4th day of October, 2019.

_____
ROBERT C. JONES